```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

ALLEN McMILLIN                                        CIVIL ACTION

versus                                                NO. 08-1090

MICHAEL BREEN                                         SECTION: E/4

### RULING ON MOTION

Defendant Michael Breen filed a Motion to Vacate this Court's Order of March 13, 2008, record document #10, setting plaintiff Allen McMillin's Motion to Remand for a expedited hearing on March 20, 2008.  Dr. Breen's counsel is not available for oral argument on that date.

Because the Motion to Remand will be considered on the briefs without oral argument;

**IT IS ORDERED** that Dr. Breen's Motion to Vacate is **DISMISSED AS MOOT.**

New Orleans, Louisiana, this 18TH day of March, 2008.

_____
**MARCEL LIVAUDAIS, JR.**
**Senior United States District Judge**