## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALLEN McMILLIN**, | ) | |
| *Plaintiff,* | ) | **Civil Action No**. **08-1090** |
| vs. | ) | |
| | ) | **Section E: Judge Livaudais** |
| **MICHAEL BREEN,** | ) | |
| *Defendant.* | ) | **MagistrateDivision 1:** |
| | ) | **Magistrate Judge Shushan** |
| _____ | ) | |

### ORDER

Upon consideration of Defendant Breen's ex parte motion to withdraw the Verified Application for Restraining Order, filed March 21, 2008, and it appearing that this Court no longer has jurisdiction over this cause;

It is **ORDERED, ADJUDGED** and **DECREED** that the Verified Application for Restraining Order, filed in this cause on March 21, 2008, **BE** and hereby **IS WITHDRAWN.**

**THUS DONE AND SIGNED**, at New Orleans, Louisiana, on this _____25th_____ day of March, 2008.

Marcel L. Livaudais, Jr.,
**UNITED STATES DISTRICT JUDGE**